IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, EMMANUEL BAPTIST CHURCH, NEW OXLEY HILL BAPTIST CHURCH, BETHEL A. BAPTIST CHURCH, COVENANT PRESBYTERIAN CHURCH, CLINTON TABERNACLE AME ZION CHURCH, BARBEE'S CHAPEL MISSIONARY BAPTIST CHURCH, INC., ROSANELL EATON, ARMENTA EATON, CAROLYN COLEMAN, BAHEEYAH MADANY, JOCELYN FERGUSON-KELLY, FAITH JACKSON, AND MARY PERRY,<br><br>                Plaintiffs,<br><br>v.<br><br>PATRICK LLOYD MCCRORY, in his official capacity as the Governor of North Carolina, KIM WESTBROOK STRACH, in her official capacity as Executive Director of the North Carolina State Board of Elections, JOSHUA B. HOWARD, in his official capacity as Chairman of the North Carolina State Board of Elections, RHONDA K. AMOROSO, in her official capacity as Secretary of the North Carolina State Board of Elections, JOSHUA D. MALCOLM, in his official capacity as a member of the North Carolina State Board of Elections, PAUL J. FOLEY, in his official capacity as a member of the North Carolina State Board of Elections and MAJA KRICKER, in her official capacity as a member of the North Carolina State Board of Elections,<br><br>                Defendants. | Civil Action No. 1:13-CV-658 |

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, A. PHILIP RANDOLPH INSTITUTE, UNIFOUR ONESTOP COLLABORATIVE, COMMON CAUSE NORTH CAROLINA, GOLDIE WELLS, KAY BRANDON, OCTAVIA RAINEY, SARA STOHLER, and HUGH STOHLER,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>THE STATE OF NORTH CAROLINA, JOSHUA B. HOWARD in his official capacity as a member of the State Board of Elections, RHONDA K. AMOROSO in her official capacity as a member of the State Board of Elections, JOSHUA D. MALCOLM in his official capacity as a member of the State Board of Elections, PAUL J. FOLEY in his official capacity as a member of the State Board of Elections, MAJA KRICKER in her official capacity as a member of the State Board of Elections, and PATRICK L. MCCRORY in his official capacity as Governor of the state of North Carolina,<br><br>                  Defendants. | Civil Action No. 1:13-CV-660 |
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>                  v.<br><br>THE STATE OF NORTH CAROLINA; THE NORTH CAROLINA STATE BOARD OF ELECTIONS; and KIM W. STRACH, in her official capacity as Executive Director of the | Civil Action No. 1:13-CV-861 |

North Carolina State Board of Elections,

Defendants.

## MOTION TO CONSOLIDATE AND MOTION TO PARTICIPATE IN THE DECEMBER 12, 2013 SCHEDULING CONFERENCE

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the United States of America respectfully moves to consolidate *United States v. North Carolina*, No. 1:13-cv-861 (M.D.N.C.), with *North Carolina State Conference of the NAACP v. McCrory*, No. 1:13-cv-658 (M.D.N.C.) [hereinafter "*NAACP*"], and *League of Women Voters of North Carolina v. North Carolina*, No. 1:13-cv-660 (M.D.N.C.) [hereinafter "*LWV*"]. The United States is filing the instant motion in all three cases. If consolidation is granted, the case with the lowest case number (*i.e.*, the first filed case, 1:13-cv-658) would be the lead case.

Rule 42(a) establishes that "[i]f actions before the court involve a common question of law or fact, the court may (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Where litigation is at an early stage and there are common issues of law and fact, consolidation under Rule 42(a) would serve "the interests of justice by avoiding inconsistent results, and would further judicial efficiency and economy by conserving resources." *Capacchione v. Charlotte-Mecklenburg Bd. of Educ.*, 179 F.R.D. 177, 179 (W.D. N.C. 1998). "[C]onsolidation is particularly appropriate when the actions are likely to involve substantially the same witnesses and

arise from the same series of events or facts," *Anderson v. Wade*, No. 3:05-CV-33, 2007 WL 2934874, at *1 (W.D. N.C. Oct. 5, 2007) (internal quotation marks and citations omitted), and "considerations of judicial economy strongly favor simultaneous resolution of all claims growing out of one event," *Ikerd v. Lapworth*, 435 F.2d 197, 204 (7th Cir. 1970).

*United States v. North Carolina* is a challenge under Section 2 of the Voting Rights Act, 42 U.S.C. § 1973, to portions of North Carolina House Bill 589 (2013) that reduce the period during which voters may cast one-stop absentee ballots (the "early voting period"), eliminate same-day voter registration during the early voting period, prohibit the counting of provisional ballots cast by voters who attempt to vote in their county but outside their home precinct, and impose a new photo identification requirement for in-person voters. This case raises common questions of both law and fact with the Section 2 and Fourteenth and Fifteenth Amendment claims against HB 589 currently before this court in the *NAACP* and *LWV* cases. The *NAACP* case brings challenges under Section 2 and the Fourteenth and Fifteenth Amendments to the same portions of HB 589 challenged in *United States v. North Carolina*, among others. The *LWV* case brings challenges under Section 2 and the Fourteenth Amendment to portions of HB 589 that reduce the early voting period, eliminate same-day voter registration during the early voting period, and prohibit the counting of provisional ballots cast by voters who attempt to vote in their county but outside their home precinct.

In light of the complexity of these common questions, consolidation would "enhance efficiency and economy for all concerned," *Hanes Cos. v. Ronson*, 712 F. Supp. 1223, 1230 (M.D. N.C. 1988), and should therefore be granted.

On November 15 and 25, 2013, the parties, including the United States, met and conferred pursuant to Rule 26(f) to discuss discovery and the schedule in these cases, and the parties will file Rule 26(f) reports on December 5, 2013. The Court has scheduled a scheduling conference in the *NAACP* and *LWV* cases on December 12, 2013, if the parties are not able to reach an agreement on a discovery plan. *See* Notice, *NAACP v. McCrory*, 1:13-cv-658 (Oct. 22, 2013) (Docket No. 25); Notice, *League of Women Voters v. North Carolina,* 1:13-cv-660 (Oct. 22, 2013) (Docket No. 27).

The United States intends to file an individual Rule 26(f) report, on December 5, 2013, if the parties are unable to reach agreement on a schedule. The United States also seeks the Court's permission to participate in the December 12, 2013 scheduling conference with the Court in the *NAACP* and *LWV* cases, if such a conference is held.

In the course of the parties' Rule 26(f) conference in these cases on November 25, 2013, the parties met and conferred regarding the motion to consolidate. Counsel for the State defendants in the three respective cases advise that the defendants do not oppose consolidation. Counsel for the plaintiffs in the *NAACP* and *LWV* cases advise that plaintiffs support consolidation for purposes of discovery only, but oppose consolidation for other purposes at this time. To date, the parties have not reached agreement on a

proposed schedule, and the parties will likely be filing individual reports pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3 on December 5, 2013.

For the foregoing reasons, the United States moves to consolidate the three cases and to appear in conference scheduled for December 12, 2013.

Dated: November 26, 2013

| | |
|---|---|
| RIPLEY RAND<br>United States Attorney<br>Middle District of North Carolina<br><br>GILL P. BECK<br>NCSB # 13175<br>Special Assistant United States Attorney<br>Office of the United States Attorney<br>United States Courthouse<br>100 Otis Street<br>Asheville, NC  28801<br>Phone: (828) 259-0645<br>gill.beck@usdoj.gov | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division<br><br>*/s/ John A. Russ IV*<br>_____<br>T. CHRISTIAN HERREN, JR.<br>JOHN A. RUSS IV<br>CATHERINE MEZA<br>DAVID G. COOPER<br>SPENCER R. FISHER<br>ELIZABETH M. RYAN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>Room 7254-NWB<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961<br>john.russ@usdoj.gov<br>catherine.meza@usdoj.gov |

# CERTIFICATE OF SERVICE

I hereby certify that I have filed on November 26, 2013, the foregoing **Motion to Consolidate and Motion to Participate in the December 12, 2013 Scheduling Conference** electronically using the CM/ECF system in case numbers 1:13-CV-861, 1:13-CV-658, and 1:13-CV-660, which will send notification of such filing to the following:

*Counsel for Defendants North Carolina and SBOE*

Alexander McC. Peters
Senior Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC  27602
apeters@ncdoj.gov

Thomas A. Farr
Phillip J. Strach
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC  27609
Email: phil.strach@odnss.com
Email:  thomas.farr@odnss.com

*Counsel for the NAACP Plaintiffs:*

Penda D. Hair
Advancement Project
Suite 850
1220 L Street, N.W.
Washington, D.C.  20005
Phone: (202) 728-9557
Email: phair@advancement project.org

Irving Joyner
NCSB # 7830
P.O. Box 374
Cary, NC  27512
Email:  ijoyner@nccu.edu

Adam Stein
NCSB # 4145
Of Counsel
Tin Fulton Walker & Owen, PLLC
312 West Franklin Street
Chapel Hill, NC  27516
Phone:   (919) 240-7089
Email:   astein@tinfulton.com

Daniel T. Donovan
Susan M. Davies
K. Winn Allen
Uzoma Nkwonta
Kim Knudson
Anne Dechter
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Phone: (202) 879-5000
Email:  Daniel.donovan@kirkland.com

*Counsel for the League of Women Voters Plaintiffs:*

Anita S. Earls
Allison J. Riggs
Clare R. Barnett
Southern Coalition for Social Justice
1415 Highway 54, Suite 101
Durham, NC  27707
Phone:  (919) 323-3380, x 115
Fax:      (919) 323-3942
Email:  anita@southerncoalition.org

Dale Ho
ACLU Voting Rights Project
125 Broad Street
New York, NY  10004
Phone: (212) 549-2693
Email:  dale.ho@aclu.org

Laughlin McDonald
ACLU Voting Rights Project
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA  30303
Phone:  (404) 500-1235
Email:  lmcdonald@aclu.org

Christopher Brook
ACLU of North Carolina Legal
    Foundation
P.O. Box 28004
Raleigh, NC  27611-8004
Phone:  (919) 834-3466
Fax:      (866) 511-1344
Email:   cbrook@acluofnc.org

*Counsel for the North Carolina Governor:*

Karl S. Bowers, Jr.
P.O. Box 50549
Columbia, SC  29250
Phone:  (803) 260-4124
Email:  butch@butchbowers.com

Robert C. Stephens
NCSB # 4150
General Counsel
Officer of the Governor of North
    Carolina
20301 Mail Service Center
Raleigh, NC  27699
Phone:  (919) 814-2027
Fax:      (919) 733-2120
Email:  bob.stephens@nc.gov


/s/ *John A. Russ IV*
_____
JOHN A. RUSS IV
U.S. Department of Justice
Civil Rights Division - Voting Section
Room 7254-NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
Email: john.russ@usdoj.gov